UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA – Richmond

DATE: 12/20/13      Tape F72      CASE NUMBER: 13MJ503

MAGISTRATE JUDGE: _____    INTERPRETER: _____

USA vs. Andrew Michael Jones     Attorney for United States David Maguire

Attorney for Defendant Paul Gill

Date of Arrest: 12/20/13    ✓ Initial appearance        ___ Govt's motion to unseal

✓ Court summarized charges  ✓ Deft. advised of Rule 5 rights    ___ Financial affidavit submitted for approval

✓ Counsel to be appointed   ___ Defendant to retain counsel    ✓ Govt's motion to detain deft.

Detention hearing set for _____           ___ Order of Temporary detention

**DETENTION HEARING:**

WITNESSES: _____

___ Govt. adduced evidence    ___ Defendant adduced evidence    ___ Arguments heard

___ Findings stated from bench   ___ Defendant ordered released on PR Bond   ___ Defendant held w/o bond
                                 ___ electronic monitoring
                                                                        ___ flight risk
                                 ___ 3rd party custodian                ___ danger
___ Defendant waived hearing     ___ Motion for continuance ___ govt. ___ deft.

**PRELIMINARY HEARING:**

WITNESSES: _____

___ Govt. adduced evidence    ___ Defendant adduced evidence    ___ Arguments heard

___ Findings stated from bench   ___ Defendant waived hearing    ___ probable cause found

___ Motion for continuance ___ govt. ___ deft.

**BOND CONDITIONS:**

\_\_\_\_\_ Residence/travel restricted to EDVA
\_\_\_\_\_ Pretrial Supervision
\_\_\_\_\_ No drugs
\_\_\_\_\_ No firearms
\_\_\_\_\_ No Alcohol \_\_\_\_ no excessive use of alcohol
\_\_\_\_\_ Maintain/seek employment \_\_\_\_\_ show proof of income
\_\_\_\_\_ Avoid contact with potential witnesses, victims, etc.
\_\_\_\_\_ substance abuse testing \_\_\_\_\_ treatment \_\_\_ pay costs as directed
\_\_\_\_\_ mental health evaluation and/or treatment \_\_\_\_\_ pay costs
\_\_\_\_\_ electronic monitoring \_\_\_\_ pay costs
\_\_\_\_\_ 3rd party custodian
\_\_\_\_\_ maintain contact with attorney
\_\_\_\_\_ surrender passport -- obtain no other travel documents
\_\_\_\_ if defendant pleads guilty or is found guilty report to USPO
\_\_\_\_ May report to AUSA with approval of attorney
\_\_\_\_ Custodian must immediately report any violation of conditions

ADDITIONAL CONDITIONS: _____

Deft executed waiver of Rule 5 Hearing
Deft to be removed to Southern District of New York
Deft remanded to custody

Case set: 11:10  Case called: 11:14  Case Ended: 11:21  Total Time in Court: :07

Recess: