USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                       :
UNITED STATES OF AMERICA         :
                                       :
           - v. -                 :        13 Cr. 950 (TPG)
                                       :
ANDREW MICHAEL JONES,           :        <u>PROTECTIVE ORDER</u>
  a/k/a "Inigo,"               :
                                       :
           Defendants.          :
                                       :
- - - - - - - - - - - - - - - - - x

THOMAS P. GRIESA, District Judge:

    WHEREAS, the Government has represented that certain materials subject to discovery in this case pursuant to Rule 16 of the Federal Rules of Criminal Procedure ("Rule 16") contain or reflect personal identification information (including but not limited to names, addresses, and e-mail accounts) and law enforcement-sensitive information (including but not limited to information about subjects and targets of ongoing law-enforcement investigations); and

    WHEREAS, the Government desires to protect any personal identification information and law enforcement-sensitive information contained in any materials it produces pursuant to Rule 16(d)(1);

IT IS HEREBY ORDERED THAT:

1. Discovery material produced by the Government in this action that contains or reflects personal identification information or law enforcement-sensitive information may be designated as "Confidential Material" by labeling the material as such.

2. Confidential Material disclosed to the defendant or to his counsel during the course of proceedings in this action:

(a) Shall be used by the defendant or his counsel only for purposes of this action;

(b) Shall not be copied or otherwise recorded by the defendant;

(c) Shall not be distributed or disclosed in any form by the defendant or his counsel except as set forth in paragraph 2(d) below;

(d) May be disclosed only by the defendant's counsel and only to the following persons (hereinafter "Designated Persons"):

(i) investigative, secretarial, clerical, paralegal and student personnel employed full-time or part-time by the defendant's counsel;

(ii) independent expert witnesses, investigators or advisors retained by the defendant or on his behalf in connection with this action;

(iii)   fact witnesses or other third-parties interviewed or consulted by the defendant's counsel or a member of the defense team in the course of investigating the case;

(iv) such other persons as hereafter may be authorized by the Court upon such motion by the defendant; and

(e)  Shall be returned to the Government following the conclusion of this case together with any and all copies of thereof, or shall be destroyed together with any and all copies thereof, which destruction defendant's counsel shall verify in writing.

3.   Defense counsel shall provide a copy of this Order to any Designated Persons to whom Confidential Material is disclosed pursuant to paragraphs 2(d).  Designated Persons shall be subject to the terms of this Order.

4.   The provisions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing, trial, or sentencing proceeding held in this action or to any judge or magistrate of this Court for purposes of this action.

Dated:    New York, New York
          April 1, 2014

SO ORDERED:

_____
THE HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE