

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com
Sbraverman@fbdmlaw.com

April 16, 2014

Hon. Thomas P. Griesa
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** United States v. Andrew Jones
Case No.: 13 Cr. 950

Dear Judge Griesa,

On the consent of the Government, I respectfully request that the conference scheduled for tomorrow, April 17, be adjourned to the week of September 8, 2014 for the following reasons: to allow co-defendant Nash to be extradited from Australia, for the various defendants to review the enormous amount of discovery material related to this case, to allow for possible negotiations and dispositions, and to accommodate my trial schedule which includes federal trials set for the month of June, July, and the 15 of September.

All parties consent to the exclusion of time.

Thank you for your attention in this matter. Should you require any additional information, please do not hesitate to contact our office.

Respectfully submitted,

_____/s/_____
Sam Braverman

Cc: AUSA Serrin Turner
Co-Counsel Andrew Fisch