

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 14, 2014

By E-mail
Hon. Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2014

Re: *United States v. Andrew Michael Jones*
     13 Cr. 950 (TPG)

Dear Judge Griesa:

     A pre-trial conference is presently scheduled in this matter for April 17, 2014. I write respectfully to request that the conference be adjourned until September 9, 2014 at 4:30 p.m.

     Since the initial pre-trial conference held in this matter on January 6, 2014, the Government has produced voluminous discovery materials to defendant Jones. A second defendant in the case, Peter Philip Nash, pending extradition in Australia, recently waived further extradition proceedings and is expected to arrive in the Southern District of New York within the next 60 days. Nash has retained counsel in the United States, to whom the Government has already begun providing discovery.

     The Government seeks the requested adjournment so that any motion or trial dates can be set for both Jones and Nash in a consolidated fashion, after they both have had a sufficient opportunity to complete review of discovery. I have spoken with defense counsel for both Jones and Nash, who consent to the proposed adjournment.

The Government also respectfully requests, again with the consent of both counsel, that time be excluded until September 9, 2014, in order to allow time for the defendants to review discovery and for the parties to engage in discussions concerning the potential disposition of the case.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
Serrin Turner
Assistant United States Attorney


SO ORDERED
this 24th day of April 2014

_____
HON. THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE