```
E99JJONC                        Conference
```

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4            v.                                S 13 Cr. 950 TPG

 5   ANDREW MICHAEL JONES, et al.,

 6                   Defendants.

 7   ------------------------------x

 8

 9                                              September 9, 2014
                                                4:30 p.m.
10

11

12   Before:

13                      HON. THOMAS P. GRIESA,

14                                              District Judge

15

16

17                           APPEARANCES

18

19   PREET BHARARA,
          United States Attorney for the
20        Southern District of New York
     SERRIN TURNER,
21   TIMOTHY HOWARD,
          Assistant United States Attorneys
22
     SAMUEL BRAVERMAN,
23        Attorney for defendant Jones

24   ANDREW FRISCH,
          Attorney for defendant Nash
25
```

Case 1:13-cr-00950-TPG   Document 18   Filed 10/08/14   Page 2 of 2        2
E99JJONC                          Conference

```
 1              (In open court)
 2              (Case called)
 3              THE COURT:  What do we need to do today?
 4              MR. TURNER:  Your Honor, the parties are in
 5   discussions, plea discussions, and we would like an additional
 6   90 days to pursue those discussions, so we ask to adjourn this
 7   matter until December 2nd, at 4:30 pm, which we did confirm is
 8   available on the court's calendar, and move to exclude time
 9   until then.
10              THE COURT:  The clerk has it on the sheet.  Is that
11   agreeable to everybody?
12              MR. BRAVERMAN:  Yes, that is fine with Mr. Jones.
13              MR. FRISCH:  And with Mr. Nash as well.
14              THE COURT:  We're adjourned.  The speedy trial clock
15   is set aside, and we are adjourned until December 2, Tuesday,
16   December 2, at 4:30 in the afternoon.
17              Thank you very much.
18              (Court adjourned)
19
20
21
22
23
24
25
```

(212) 805-0300