

FASULO BRAVERMAN & DI MAGGIO, LLP

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com
Sbraverman@fbdmlaw.com



March 4, 2015

Hon. Thomas P. Griesa
United States District Courthouse – SDNY
500 Pearl Street
New York, New York 10007

Re:  **United States v. Jones, et al. (Andrew Jones)**
     **Docket No.: 13 Cr. 950**

Dear Judge Griesa,

    This office represents Andrew Jones, who is currently out on bail and under home confinement. Mr. Jones seeks permission to leave the house each day to go look for work and upon the securing of work that he may remain out of the house for the period of his employment and travel to and from. The nature of the work can include mobile work such as driving a delivery truck, spot job such as arc welding, and anything else approved by pretrial services. Each day that Mr. Jones is out he will give his pretrial services officer a report of where he was and be available with a non-smart phone to be in communication with his pretrial services officer if requested.

    Pretrial services in both New York and Virginia have no objection. The government also has no objection.

    Thank you for your consideration of this matter. Should you require any additional information, please do not hesitate to contact our office.

Respectfully submitted,

Sam Braverman

*approved*
Thomas P. Griesa
3/5/15

Cc. AUSA

901 Sheridan Avenue | 505 Eighth Avenue, Suite 300 | 225 Broadway, Suite 715 | Post Office Box 127
Bronx, New York 10451 | New York, New York 10019 | New York, New York 10007 | Tenafly, New Jersey 07670
Tel (718) 293-1977 | Tel (212) 967-0352 | Tel (212) 566-6213 | Tel (201) 569-1595
Fax (718) 293-5395 | Fax (201) 596-2724 | Fax (212) 566-8165 | Fax (201) 596-2724