

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 5, 2015

By E-mail
Hon. Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re:  *United States v. Andrew Michael Jones*
>      13 Cr. 950 (TPG)

Dear Judge Griesa:

Defendant Jones pled guilty pursuant to a cooperation agreement on October 2, 2014. A sentencing control date was set for April 1, 2015. Because the defendant's cooperation remains ongoing, and is not expected to be completed for at least another six months, the Government respectfully requests, with the consent of the defense, that the sentencing control date be extended by approximately six months, to October 1, 2015, at 4:30 p.m.

Because Jones' cooperation has been made public since his plea, the Government respectfully requests that the transcript of Jones' October 2, 2014 plea, which was previously filed under seal, be unsealed, and that this letter also be filed on the public docket. The defense has no objection to this request.

Respectfully,

PREET BHARARA
United States Attorney

By: /s/ Serrin Turner
Serrin Turner
Assistant United States Attorney

Application approved.
So ORDERED: /s/ Thomas P. Griesa
HON. THOMAS P. GRIESA, USDJ
03-10-2015