UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | ECF CASE |
| ) | |
| v. ) | NOTICE OF APPEARANCE AND REQUEST |
| ) | FOR ELECTRONIC NOTIFICATION |
| ANDREW MICHAEL JONES, et al. ) | 13 Cr. 950 (TPG) |
| ) | |
| Defendants. ) | |

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                Respectfully submitted,

                PREET BHARARA
                United States Attorney for the
                Southern District of New York

             by:   /s/ Timothy T. Howard
                  Timothy T. Howard
                  Assistant United States Attorney
                  (212) 637-2308

TO:  Andrew J. Frisch, Esq. (by ECF)
     Samuel Michael Braverman, Esq. (by ECF)