

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 24, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09|24|2015

By E-mail
Hon. Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

        Re:    *United States v. Andrew Michael Jones*
               13 Cr. 950 (TPG)

Dear Judge Griesa:

      Defendant Jones pled guilty pursuant to a cooperation agreement on October 2, 2014. A sentencing control date is currently set for October 1, 2015. The Government respectfully requests, with the consent of the defense, that the sentencing control date be extended by approximately six months, to April 8, 2016, at 4:30 p.m.

                                                    Respectfully,

                                                    PREET BHARARA
                                                    United States Attorney

                                            By: _____
                                                 Serrin Turner
                                                 Assistant United States Attorney

So Ordered: _____
HON. THOMAS P. GRIESA, USDJ
9-24-2015