

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 23, 2016

By ECF
Hon. Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:   *United States v. Andrew Michael Jones, Gary Davis,*
             *and Peter Phillip Nash*, **13 Cr. 950 (TPG)**

Dear Judge Griesa:

      The Government respectfully requests that the Court order the Clerk to terminate the appearance of undersigned counsel in this matter.  AUSA Timothy Howard will remain counsel of record in the case.

                                    Respectfully,

                                    PREET BHARARA
                                    United States Attorney

                      By: _____
                                    Serrin Turner
                                    Assistant United States Attorney

cc:    Samuel Braverman, Esq.
         Andrew Frisch, Esq.