

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 23, 2016

By ECF
Hon. Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/23/2016

Re:  *United States v. Andrew Michael Jones, Gary Davis, and Peter Phillip Nash*, 13 Cr. 950 (TPG)

Dear Judge Griesa:

The Government respectfully requests that the Court order the Clerk to terminate the appearance of undersigned counsel in this matter. AUSA Timothy Howard will remain counsel of record in the case.

Application granted.

/s/ Thomas P. Griesa
HON. THOMAS P. GRIESA, USDJ
02-23-2016

Respectfully,

PREET BHARARA
United States Attorney

By: /s/ Serrin Turner
Serrin Turner
Assistant United States Attorney

cc:  Samuel Braverman, Esq.
     Andrew Frisch, Esq.